DANIEL J. BRODERICK, Bar #89424
Federal Defender
SAMYA BURNEY, Bar #224049
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANGEL YANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　*Plaintiff,*<br><br>　v.<br><br>ANGEL YANEZ,<br><br>　　　　　　　　*Defendant.* | No.  6:10-cr-00012 MJS<br><br>STIPULATION TO VACATE TRIAL DATE AND RE-SET FOR CHANGE OF PLEA; ORDER<br><br>DATE:　January 19, 2011<br>TIME:　10:00 A.M.<br>JUDGE:　Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the trial confirmation hearing set for March 1, 2011 and the jury trial date currently scheduled for March 23, 2011 in the above-captioned matter may be vacated and that the case may be re-set for change of plea.

The request is made by both parties.  The basis for the request is that defendant has decided to plead guilty.

**IT IS FURTHER STIPULATED** that the case be set for change of plea hearing on January 19, 2011, at 10:00 am.

///

///

///

///

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: January 6, 2011 | By:  /s/ James Hering<br>JAMES HERING<br>Certified Law Clerk<br>United States Attorneys Office |
|   | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: January 6, 2011 | By:  /s/ Samya Burney<br>SAMYA BURNEY<br>Staff Attorney<br>Attorneys for Defendant<br>ANGEL YANEZ |

**O R D E R**

**IT IS SO ORDERED**.  Any existing hearings are vacated and the matter is now set for change of plea on January 19, 2011, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 6, 2011           /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE